**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Case No. 25-31747
Chapter 13

Ryan Gerald Olson,

Debtor.

## NOTICE OF HEARING AND MOTION

TO: THE DEBTOR(S) AND OTHER ENTITIES SPECIFIED IN LOCAL RULE 9013-3:

1. Ryan Gerald Olson moves the Court for the relief requested below and gives notice of hearing.

2. The Court will hold a hearing on this motion at 11:00 a.m. on Thursday, June 18, 2026 in Courtroom 8 West, at the United States Courthouse, at 301 Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

3. Any response to this motion must be filed and served not later than Thursday, June 11, 2026, which is seven days before the time set for the hearing (including Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. The Court has jurisdiction over this motion pursuant to 28 USC §§ 157 and 1334, FRBP 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this Chapter 13 case was filed on June 5, 2025. The case is now pending in this court.

5. This motion arises under 11 USC § 1329 and FRBP 9029. This motion is filed under FRBP 9014 and Local Rules 9013, 9006, 5005, and 9017. The debtor requests relief with

respect to a post-confirmation modified plan that will allow for payment of $500.00 per month, with no arrears, beginning in June 2026, during the months he is seasonally employed and $200.00 per month during the six months per year that he is unemployed, for the balance of his plan, together with a $21,900.00 lump-sum payment in month 54 of his plan.

WHEREFORE, the debtor moves the Court for an Order to confirm the plan, as modified, and such other relief as may be just and equitable.

Dated: May 20, 2026

KAIN + HENEHAN

s/ WILLIAM P. KAIN - #143005
Attorney for Debtor(s)
808 West St. Germain Street
PO Box 1537
St. Cloud MN 56302
(612) 438-8006
bill@kainhenehan.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Case No. 25-31747
Chapter 13

Ryan Gerald Olson,

Debtors.

---

**MEMORANDUM IN SUPPORT OF DEBTORS MOTION FOR POST-CONFIRMATION MODIFICATION**

---

**FACTS**

This Chapter 13 bankruptcy case was filed on June 5, 2025 and confirmed on December 18, 2025. Subsequent to confirmation, debtor's independent contractor position ended, and he was unemployed for a number of months, causing him to fall behind in his chapter 13 payments. Debtor has now found seasonal employment with the City of Apple Valley. He expects to work approximately six months of the year with a six-month seasonal layoff each year. Debtor has applied for one of three open full-time positions.

Debtor has the ability to pay $500.00 per month, with no arrears, beginning in June 2026, during the months he is employed, then $200.00 per month, beginning in October 2026 for the months he is laid off (see amended Schedules I & J), together with a lump-sum payment of $21,900.00 in month 54 of his plan.

**ARGUMENT**

11 USC §1329(a) permits a debtor to, on motion, at any time after confirmation of a plan and before all plan payments have been made to seek an increase or reduction in the amount of payments on claims of a particular class provided for by the plan, or to extend or reduce the time for such payments.

The debtor respectfully requests the Court's order modifying his plan to change his payments to $500.00 per month, with no arrears, beginning in June 2026, during the months he is employed, and $200.00 per month during the months he is seasonally laid off for the balance of his plan, with a lump-sum payment of $21,900.00 in month 54 of the plan.

In the event debtor receives full-time employment, he will amend his schedules and modify his plan, if appropriate.

For these reasons, the debtor respectfully requests the Court to confirm the modified plan, as submitted.

Dated: May 20, 2026

KAIN + HENEHAN

s/ WILLIAM P. KAIN - #143005
Attorney for Debtor(s)
808 West St. Germain Street
PO Box 1537
St. Cloud MN 56302
(612) 438-8006
bill@kainhenehan.com

Fill in this information to identify your case:

Debtor 1: Ryan (First Name) Gerald (Middle Name) Olson (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Minnesota

Case number (if known): 25-31747

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date: MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| **Occupation** | ~~Sole Member~~ Maintenance | N/A |
| **Employer's name** | City of Apple Valley Parks and Recreation ~~RyMac Property Management LLC~~ | |
| **Employer's address** (Number Street) | 7100 147th St W | |
| (City State ZIP Code) | Apple Valley MN 55124 ~~Lakeville, MN 55044~~ | |
| **How long employed there?** | 1 month | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $3,400.00 ~~$0.00~~ | |
| 3. **Estimate and list monthly overtime pay.** | 3. + | $0.00 | + |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $3,400.00 ~~$0.00~~ | |

Debtor 1 **Ryan** (First Name) **Gerald** (Middle Name) **Olson** (Last Name) Case number *(if known)* **25-31747**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** ➔ | 4. | $3,400.00 ~~$0.00~~ | |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $612.00 ~~$0.00~~ | |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $0.00 | |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $0.00 | |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $0.00 | |
| 5e. | **Insurance** | 5e. | $0.00 | |
| 5f. | **Domestic support obligations** | 5f. | $0.00 | |
| 5g. | **Union dues** | 5g. | $0.00 | |
| 5h. | **Other deductions.** Specify: ______ | 5h. + | $0.00 | + |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $612.00 ~~$0.00~~ | |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $2,788.00 ~~$0.00~~ | |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 ~~$4,255.00~~ | |
| 8b. | **Interest and dividends** | 8b. | $0.00 | |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | |
| 8d. | **Unemployment compensation** | 8d. | $0.00 | |
| 8e. | **Social Security** | 8e. | $0.00 | |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: ______ | 8f. | $0.00 | |
| 8g. | **Pension or retirement income** | 8g. | $0.00 | |
| 8h. | **Other monthly income.** Specify: ______ | 8h. + | $0.00 | + |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 ~~$4,255.00~~ | |

10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. $2,788.00 10. ~~$4,255.00~~ + ______ = $2,788.00 ~~$4,255.00~~

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: **Contribution from Significant Other for Household Expenses** 11. + $2,650.00

Debtor 1 **Ryan** **Gerald** **Olson** Case number *(if known)* **25-31747**
First Name Middle Name Last Name

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies **$5,438.00** 12. **~~$6,905.00~~**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

❑ No.

☑ Yes. Explain: **The income listed in Schedule I reflects Ryan's income while he is working for the Parks and Recreation Department. Ryan's job with Apple Valley Parks and Recreation is seasonal; during the winter he will either draw unemployment or seek part-time employment. He expects his income in the winter to decrease. Ryan is currently seeking a full-time position with the City of Apple Valley.**

Debtor 1 Ryan Gerald Olson — First Name / Middle Name / Last Name — Case number *(if known)* 25-31747

8a. Attached Statement

## Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | | | |
|---|---|---|---|---|
| 1. | Gross Monthly Income: | | | $0.00 ~~$5,270.00~~ |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | | | |
|---|---|---|---|---|
| 2. | Ordinary and necessary expense | | $0.00 | |
| 3. | Net Employee Payroll (Other than debtor) | | $0.00 | |
| 4. | Payroll Taxes | | $0.00 | |
| 5. | Unemployment Taxes | | $0.00 | |
| 6. | Worker's Compensation | | $0.00 | |
| 7. | Other Taxes | | $0.00 | |
| 8. | Inventory Purchases (Including raw materials) | | $0.00 | |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | | $0.00 | |
| 10. | Rent (Other than debtor's principal residence) | | $0.00 | |
| 11. | Utilities | | $0.00 | |
| 12. | Office Expenses and Supplies | | $0.00 | |
| 13. | Repairs and Maintenance | | $0.00 ~~$94.00~~ | |
| 14. | Vehicle Expenses | | $0.00 ~~$108.00~~ | |
| 15. | Travel and Entertainment | | $0.00 | |
| 16. | Equipment Rental and Leases | | $0.00 | |
| 17. | Legal/Accounting/Other Professional Fees | | $0.00 ~~$25.00~~ | |
| 18. | Insurance | | $0.00 | |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | | $0.00 | |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | | | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | | $0.00 | |
| 21. | Other Expenses | | | |
| | **Tax and License** | $0.00 ~~$470.00~~ | | |
| | **Boots** | $0.00 ~~$22.00~~ | | |
| | **Car Wash** | $0.00 ~~$30.00~~ | | |
| | **Storage** | $0.00 ~~$158.00~~ | | |
| | **Telephone** | $0.00 ~~$108.00~~ | | |
| | TOTAL OTHER EXPENSES | | $0.00 ~~$788.00~~ | |
| 22. | TOTAL MONTHLY EXPENSES (Add item 2 - 21) | | | $0.00 ~~$1,015.00~~ |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | | | |
|---|---|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) | | | $0.00 ~~$4,255.00~~ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Ryan | Gerald | Olson |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Minnesota

Case number (if known) 25-31747

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☑ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?** Do not list Debtor 1 and Debtor 2. Do not state the dependents' names.
   - ☐ No
   - ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Stepchild | 21 | ☐ No. ☑ Yes. |
| Stepchild | 24 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☐ No
   - ☑ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $1,093.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $30.00 ~~$60.00~~ |
| 4d. Homeowner's association or condominium dues | 4d. | $400.00 |

| Debtor 1 | Ryan | Gerald | Olson | Case number *(if known)* 25-31747 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | **Your expenses** |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $420.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $180.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $220.00 $240.00 |
| | 6d. Other. Specify: Streaming Services | 6d. | $80.00 |
| 7. | **Food and housekeeping supplies** | 7. | $900.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $100.00 $180.00 |
| 10. | **Personal care products and services** | 10. | $90.00 |
| 11. | **Medical and dental expenses** | 11. | $100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $120.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $0.00 |
| | 15b. Health insurance | 15b. | $0.00 |
| | 15c. Vehicle insurance | 15c. | $460.00 ~~$527.00~~ |
| | 15d. Other insurance. Specify: | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: See Additional Page | 16. | $45.00 ~~$885.00~~ |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify: | 17c. | $0.00 |
| | 17d. Other. Specify: | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

Debtor 1 **Ryan** (First Name) **Gerald** (Middle Name) **Olson** (Last Name) Case number *(if known)* **25-31747**

21. **Other.** Specify: **Anticipated monthly car payment** 21. + **$300.00** ~~$500.00~~

22. **Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | **$4,938.00** ~~$6,175.00~~ |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | **$0.00** |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$4,938.00** ~~$6,175.00~~ |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (your combined monthly income) from *Schedule I*. | 23a. | **$5,438.00** ~~$6,905.00~~ |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | – **$4,938.00** ~~$6,175.00~~ |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | **$500.00** ~~$730.00~~ |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes. Household expenses do not include the expenses of the adult children living in the home.

Debtor 1 **Ryan** **Gerald** **Olson** Case number *(if known)* **25-31747**
First Name Middle Name Last Name

| | Amount |
|---|---|
| 16. **Taxes** | |
| Income Tax | **$0.00** ~~$840.00~~ |
| Vehicle Registration | $45.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Ryan | Gerald | Olson |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of Minnesota | | |
| Case number (if known) | 25-31747 | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person ______________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ **s/ Ryan Gerald Olson**
Ryan Gerald Olson, Debtor 1

Date **05/20/2026**
MM/ DD/ YYYY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br>RYAN GERALD OLSON | CASE NO: 25-31747<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 5/20/2026, I did cause a copy of the following documents, described below,

Notice of Hearing and Motion, Memorandum, and Modified Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/20/2026

/s/ Bill Kain
Bill Kain 143005

Kain + Henehan
808 W St Germain St
St. Cloud, MN 55301
612-438-8006
bill@kainhenehan.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

RYAN GERALD OLSON

CASE NO: 25-31747

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 5/20/2026, a copy of the following documents, described below,

Notice of Hearing and Motion, Memorandum, and Modified Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/20/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Bill Kain
Kain + Henehan
808 W St Germain St
St. Cloud, MN 55301

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-31747
DISTRICT OF MINNESOTA
WED MAY 20 9-13-30 PST 2026

~~EXCLUDE~~

~~(U)ROCKET MORTGAGE LLC FKA QUICKEN LOANS LL~~

TD BANK NA
CO RIEZMAN BERGER PC
7700 BONHOMME AVENUE 7TH FLOOR
ST LOUIS MO 63105-1960

~~EXCLUDE~~

~~ST PAUL~~
~~200 WARREN E BURGER FEDERAL BUILDING~~
~~AND US COURTHOUSE~~
~~316 N ROBERT ST~~
~~ST PAUL MN 55101-1495~~

ALLY BANK LEASE TRUST ASSIGNOR TO VEHI
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

ALLY BANK LEASE TRUST CO AIS PORTFOLIO SERV
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

ALLY FINANCIAL INC
ATTN BANKRUPTCY
500 WOODARD AVE
DETROIT MI 48226-3416

ANDERSEN WINDOWS
100 4TH AVENUE NORTH
BAYPORT MN 55003-1058

BMO HARRIS BANK
ATTN BANKRUPTCY
PO BOX 2035
MILWAUKEE WI 53201-2035

(P)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA NA
PO BOX 673033
DALLAS TX 75267-3033

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CITIBANKBEST BUY
CITICORP CREDIT SRVSCENTRALIZED BK DEPT
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANKTHE HOME DEPOT
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790040
ST LOUIS MO 63179-0040

GOODLEAP LLC
ATTN BANKRUPTCY 8781 SIERRA COLLEGE BLV
ROSEVILLE CA 95661-5920

HYUNDAI LEASE TITLING TRUST
PO BOX 20825
FOUNTAIN VALLEY CA 92728-0825

INTERNAL REVENUE SERVICE
GENERAL INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

KIA MOTORS FINANCE
ATTN BANKRUPTCY
PO BOX 20825
FOUNTAIN VALLEY CA 92728-0825

MN REVENUE
BANKRUPTCY SECTION
PO BOX 64447
SAINT PAUL MN 55164-0447

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

ROCKET MORTGAGE
ATTN BANKRUPTCY 1050 WOODWARD AVENUE
DETROIT MI 48226-3573

SANTANDER CONSUMER USA
ATTN BANKRUPTCY
PO BOX 961211
FORT WORTH TX 76161-0211

SYNCHRONY BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

SYNCHRONY BANKBLUE OX
ATTN BANKRUPTCY DEPARTMENT
PO BOX 965065
ORLANDO FL 32896-5065

TD AUTO FINANCE
ATTN BANKRUPTCY
PO BOX 9223
FARMINGTON HILLS MI 48333-9223

TD BANK NA
RIEZMANBERGER PC
7700 BONHOMME AVENUE
ST LOUIS MISSOURI 63105-1960

(P)TD BANK USA N A
CO WEINSTEIN RILEY P S
749 GATEWAY STE G601
ABILENE TX 79602-1196

TARGET NB
CO FINANCIAL RETAIL SERVICES
MAILSTOP BT PO BOX 9475
MINNEAPOLIS MN 55440-9475

US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS MN 55415-3070

GREGORY A BURRELL
100 SOUTH FIFTH STREET
SUITE 480
MINNEAPOLIS MN 55402-1250

DEBTOR
RYAN GERALD OLSON
17445 GLACIER WAY
LAKEVILLE MN 55044-6432

WILLIAM P KAIN
KAIN HENEHAN LLC
808 WEST ST GERMAIN STREET
PO BOX 1537
SAINT CLOUD MN 56302-1537

LOCAL FORM 3015-1
REVISED 09/2025

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | | |
|---|---|---|---|
| In re: | Olson, Ryan Gerald | Case No. | 25-31747 |
| | | CHAPTER 13 PLAN | ☑ Modified |
| Debtor. | | Dated | 05/20/2026 |

*In a joint case, "debtor" means "debtors" in this plan.*

**Part 1. NOTICE OF NONSTANDARD PLAN PROVISIONS, SECURED CLAIM LIMITATIONS, AND LIEN OR SECURITY INTEREST AVOIDANCE: The debtor must check the appropriate boxes below to indicate whether the plan does or does not include each of the following items:**

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim based on a valuation of the collateral for the claim, set out in Parts 6 or 14 | ☐ Included | ☑ Not Included |
| 1.2 | Avoidance of a security interest or lien, set out in Part 14 | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 15 | ☑ Included | ☐ Not Included |

**Part 2. DEBTOR'S PAYMENTS TO TRUSTEE: The initial plan payment is due not later than 30 days after the order for relief, unless the court orders otherwise.**

2.1 As of the date of this plan, the debtor has paid the trustee **$4,350.00** (including balance on hand of **$0.00** ).

2.2 After the date of this plan, the debtor will pay the trustee: **$39,200.00** .

| Plan payment | Start MM/YYYY | End MM/YYYY | # of payments | Total |
|---|---|---|---|---|
| $500.00 | 12 (06/2026) | 15 (09/2026) | 4 | $2,000.00 |
| $200.00 | 16 (10/2026) | 21 (03/2027) | 6 | $1,200.00 |
| $500.00 | 22 (04/2027) | 27 (09/2027) | 6 | $3,000.00 |
| $200.00 | 28 (10/2027) | 33 (03/2028) | 6 | $1,200.00 |
| $500.00 | 34 (04/2028) | 39 (09/2028) | 6 | $3,000.00 |
| $200.00 | 40 (10/2028) | 45 (03/2029) | 6 | $1,200.00 |
| $500.00 | 46 (04/2029) | 51 (09/2029) | 6 | $3,000.00 |
| $200.00 | 52 (10/2029) | 53 (11/2029) | 2 | $400.00 |
| $22,100.00 | 54 (12/2029) | 54 (12/2029) | 1 | $22,100.00 |
| $200.00 | 55 (01/2030) | 57 (03/2030) | 3 | $600.00 |
| $500.00 | 58 (04/2030) | 60 (06/2030) | 3 | $1,500.00 |
| | | | PART 2.2 SUBTOTAL: | **$39,200.00** |

2.3 The minimum plan length is ☑ 36 months or ☐ 60 months from the date of the initial plan payment unless all allowed unsecured claims are paid in a shorter time.

2.4 The debtor will also pay the trustee ______________________________.

2.5 The debtor will pay the trustee a total of **$43,550.00** [lines 2.1 + 2.2 + 2.4].

LOCAL FORM 3015-1
REVISED 09/2025

2.6 If the debtor is required to file a tax return under applicable nonbankruptcy law, the debtor will file with appropriate tax authorities all returns and provide the trustee a copy of each filed return within 14 days of filing. The debtor will treat tax refunds as follows: **If the debtor receives a refund fro the federal taxing agency, but owes the state taxing agency (or vice versa), the debtor will net out the two and pay the trustee the amount over 1,200 for a single filer, or $2,000 for a joint filer (not counting any Earned Income Credit or Working Family Credit) as an additional plan payment.**

.

**Part 3. PAYMENTS BY TRUSTEE AND TRUSTEE'S FEES:** Prior to confirmation of the plan, the trustee will pay from available funds payments designated as Adequate Protection ("Adq. Pro.") under Parts 6 and 7 to creditors with claims secured by personal property. All other funds will be disbursed by the trustee following confirmation of the plan as soon as is practicable. The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee is not required to retain funds for any claim for which a proof of claim has not been timely filed and may disburse those funds to other claimants. The trustee may collect a fee of up to 10% of plan payments, or **$4,355.00** [line 2.5 x 0.10]. If relief from the automatic stay is ordered as to any item of collateral listed in the plan, then, unless otherwise ordered by the court, all payments by the trustee as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.

**Part 4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES (§ 365):** The debtor assumes the following executory contracts or unexpired leases. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. Cure provisions, if any, are set forth in Part 5.

| | Creditor | Description of property |
|---|---|---|
| 4.1 | Kia Motors Finance | Contract to be ASSUMED |

**Part 5. MAINTENANCE OF PAYMENTS AND CURE OF DEFAULT, IF ANY (§ 1322(b)(5)):** The debtor will maintain the current contractual installment payments on the claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be paid directly by the debtor unless otherwise specified below. The trustee will pay the arrearage amount listed in the proof of claim at the interest rate specified below, unless otherwise ordered by the court. The creditors will retain liens. All following entries are estimates, except for interest rate.

| | Creditor | Description of property | Arrears amount (if any) | Interest rate on arrears (if any) | Beginning in MM/YY | Monthly payment | # of payments | Remaining arrears payments | + *amount paid to date by trustee (mod. plan only)* | Total trustee arrears payments |
|---|---|---|---|---|---|---|---|---|---|---|
| 5.1 | Rocket Mortgage | Homestead real estate legally described as: SEE ATTACHED EXHIBIT A 17445 Glacier Way Lakeville, MN 55044 Co-Owns With Ashley Hughes. | $1,618.81 | | | Pro-Rata | | $615.97 | $1,002.84 | $1,618.81 |
| | | | Current installment payment | | Disbursed by: | | Remaining trustee installment payments | | + *amount paid to date by trustee (mod. plan only)* | Total trustee installment payments |
| | | | $1,093.00 | | X Debtor ❑ Trustee | | $0.00 | | $0.00 | $0.00 |
| | | | | | | | | | TOTAL: | **$1,618.81** |

LOCAL FORM 3015-1
REVISED 09/2025

**Part 6. SECURED CLAIMS SUBJECT TO MODIFICATION ("CRAMDOWN") PURSUANT TO § 506 (§ 1325(a)(5)):** The trustee will pay the amount set forth in the "Total payments" column below on the following secured claims if a proof of claim is filed and allowed. Notwithstanding a creditor's proof of claim filed before or after confirmation, if the plan has been served upon each of the affected creditors identified below in the manner provided for by Fed. R. Bankr. P. 7004, the amount listed in the secured claim amount column binds the creditor pursuant to 11 U.S.C. § 1327 and confirmation of the plan is a determination of the creditor's allowed secured claim, unless otherwise ordered by the court. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with Fed. R. Bankr. P. 3012(c) controls over any contrary amount. Unless otherwise specified in Part 15, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i). Any allowed unsecured portion of the claim will be paid under Part 10, Part 11, or Part 12.

| | Creditor | Est. claim amount | Secured claim amount | Int. rate | Adq. Pro. (Check) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | | | | |
| | | | | | | | | | | TOTAL: | **$0.00** |

**Part 7. SECURED CLAIMS EXCLUDED FROM § 506 AND NOT SUBJECT TO MODIFICATION ("CRAMDOWN") (§ 1325(a)) (910 vehicles and other things of value):** The trustee will pay the amount of the allowed secured claim listed in the proof of claim, unless otherwise ordered by the court, at the interest rate set forth below. Any allowed unsecured portion of the claim will be paid under Part 10, Part 11, or Part 12. **All following entries are estimates, except for interest rate.** Unless otherwise specified in Part 15, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i).

| | Creditor | Est. secured claim amount | Int. rate | Adq. Pro. (Check) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | | | |
| | | | | | | | | | TOTAL: | **$0.00** |

**Part 8. PRIORITY CLAIMS UNDER § 507(a)(2) THROUGH (a)(10):** The trustee will pay the amount of the allowed priority claim listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates.**

| | Creditor | Claim amount | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|
| 8.1 | Internal Revenue Service | $27,308.68 | | Pro-Rata | | $27,308.68 | $0.00 | $27,308.68 |
| 8.2 | MN Revenue | $4,105.45 | | Pro-Rata | | $4,105.45 | $0.00 | $4,105.45 |
| 8.3 | Kain & Henehan | $3,000.00 | | $0.00 | | $0.00 | $3,000.00 | $3,000.00 |
| 8.4 | Kain & Henehan - Post | $1,500.00 | 06/26 | $250.00 | 4 | $1,000.00 | $0.00 | $1,500.00 |
| | | | 10/26 | $125.00 | 4 | $500.00 | | |
| | | | | | | | TOTAL: | **$35,914.13** |

**Part 9. DOMESTIC SUPPORT OBLIGATION CLAIMS UNDER § 507(a)(1):** The trustee will pay the amount of the allowed priority claim listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates.**

| | Creditor | Claim amount | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | |
| | | | | | | | TOTAL: | **$0.00** |

LOCAL FORM 3015-1
REVISED 09/2025

**Part 10. SEPARATE CLASSES OF UNSECURED CLAIMS:** In addition to the classes of unsecured claims specified in Part 11 and Part 12, there shall be separate classes of nonpriority unsecured claims including the following. The trustee will pay the nonpriority amount. listed in the proof of claim, unless otherwise ordered by the court. **All following entries are estimates, except for interest rate.**

| | Creditor | Unsecured claim amount | Interest rate (if any) | Beginning in MM/YY | Monthly payment | # of payments | Remaining payments | *+ amount paid to date by trustee (mod. plan only)* | = Total payments |
|---|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | | |
| | | | | | | | | TOTAL: | **$0.00** |

**Part 11. TIMELY FILED UNSECURED CLAIMS:** The trustee will pay holders of allowed nonpriority unsecured claims for which proofs of claim were timely filed the remaining funds received by the trustee and not paid under Parts 3, 5, 6, 7, 8, 9, and 10 on a pro rata basis.
**All following entries are estimates.**

| | |
|---|---|
| Estimated nonpriority unsecured claims held by creditors listed in Parts 6, 7, and 14 | $0.00 |
| + Total estimated nonpriority and not separately classified unsecured claims (excludes Parts 6, 7, 10, and 14 unsecured claims) | $155,389.00 |
| = Total estimated nonpriority and not separately classified unsecured claims (excludes Part 10 claims) | $155,389.00 |
| Projected percentage payment to unsecured claims (excludes Part 10 claims) | 1.07% |

| | |
|---|---|
| Estimated remaining payments | $1,662.06 |
| *+ amount paid to date by trustee (mod. Plan only)* | $0.00 |
| = TOTAL estimated payments | $1,662.06 |

**Part 12. TARDILY-FILED UNSECURED CLAIMS:** All money paid by the debtor to the trustee under Part 2, but not distributed by the trustee under Parts 3, 5, 6, 7, 8, 9, 10, and 11, will be paid to holders of allowed nonpriority unsecured claims for which proofs of claim were tardily filed. Tardily-filed claims remain subject to objection pursuant to 11 U.S.C. § 502(b)(9).

**Part 13. SURRENDER OF COLLATERAL AND REQUEST FOR TERMINATION OF STAY:** The debtor has surrendered or will surrender the following property to the creditor. The debtor requests that the stays under 11 U.S.C §§ 362(a) and 1301(a) be terminated as to the surrendered collateral upon confirmation of the plan.

| | Creditor | Description of property<br>*(including the complete legal description of real property)* |
|---|---|---|
| 13.1 | TD Auto Finance | 2023 Kia Sorento |

**Part 14. LIEN AVOIDANCE:** The judicial liens or nonpossessory, nonpurchase money security interests securing the claims listed below impair exemptions to which the debtor would have been entitled under 11 U.S.C. § 522(b). If the plan has been properly served upon each of the affected creditors identified below in the manner provided for by Fed. R. Bankr. P. 7004, a judicial lien or security interest securing a claim listed below will be avoided to the extent that it impairs such exemptions upon entry of the order confirming the plan, unless otherwise ordered by the court. The amount of the judicial lien or security interest that is avoided will be treated as an unsecured claim in Part 11 or Part 12, to the extent allowed. The amount, if any, of the judicial lien or security interest that is not avoided will be paid in full as a secured claim under the Part 6 or Part 7. *See* 11 U.S.C. § 522(f) and Fed. R. Bankr. P. 3012(b) and 4003(d). *Insert additional tables for each lien.*

| **Information regarding judicial lien or security interest** | | **Calculation of lien avoidance** | | **Extent of exemption impairment (check one)** |
|---|---|---|---|---|
| Creditor: | | a. Amount of lien | | ❑ Line f is equal to or greater than line a. The entire lien is avoided. The amount of the unsecured claim is (line a): ____________.<br>❑ Line f is less than line a. A portion of the lien is avoided. The amount of secured claim after avoidance (line a minus line f): ____________. The amount of the unsecured claim is (line f): ____________. |
| Collateral: | | b. Amount of all other liens | | |
| Lien identification (such as judgment date, date of lien recording, book and page number) | | c. Value of claimed exemptions | | |

LOCAL FORM 3015-1
REVISED 09/2025

| **Information regarding judicial lien or security interest** | | **Calculation of lien avoidance** | **Extent of exemption impairment (check one)** |
|---|---|---|---|
| d. Total of adding lines a, b, and c | | | |
| e. Value of debtor's interest | | | |
| f. Subtract line e from line d. | | | |

**Part 15. NONSTANDARD PROVISIONS:** The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Any nonstandard provisions, as defined in Fed. R. Bankr. P. 3015(c), must be in this Part. Any nonstandard provision placed elsewhere in the plan is void.

| | |
|---|---|
| 15.1 | **Part 15 Language**<br>A proof of claim may be filed by the Internal Revenue Service (IRS) for a claim against the debtor(s) for taxes that become payable to the IRS post-petition, limited to only the tax year for which the bankruptcy case was filed. The trustee shall pay such claim as submitted as funds are available pursuant to 11 U.S.C. Statute 1305.<br><br>APPROVAL NOT REQUIRED TO INCUR POST PETITION DEBT. Approval by the bankruptcy court, or Chapter 13 trustee, shall not be required prior to debtor incurring ordinary consumer debt while this case is pending. Letters of approval will not be provided by the Chapter 13 trustee and one is not needed for debtor to incur post-petition ordinary consumer debt in Minnesota. All parties in interest retain all rights regarding the treatment of this debt in future modified plans and motions to confirm such plans.<br><br>Upon the granting of relief from the automatic stay, the trustee shall cease payments on account of the secured portion of the applicable claim. For any claim arising from the granting of relief from the automatic stay, surrender, foreclosure, repossession, or return of any collateral to any creditor listed in Parts 5, 6, 7, 8, 9, 10, 16 or Non-standard provisions, for any reason, including plan modification, the trustee shall pay such claim as a general unsecured claim upon amendment of the applicable claim. Any alleged balance of any claim to such creditor shall be discharged. |
| 15.2 | **Full-Time Employment**<br>If the debtor becomes employed full-time, he will amend his schedules and modify his plan if appropriate. |
| 15.3 | **Lump-Sum Payment**<br>The payment in month 54 of the plan includes a one-time lump-sum payment of $21,900.00. |

**SUMMARY OF TOTAL ESTIMATED PAYMENTS:**

| Class of payment | Total payments |
|---|---|
| Payments by trustee [Part 3] | $4,355.00 |
| Maintenance of payments and cure of default, if any [Part 5] | $1,618.81 |
| Secured claims subject to modification (cramdown) pursuant to § 506 [Part 6] | $0.00 |
| Secured claims excluded from § 506 [Part 7] | $0.00 |
| Priority claims [Part 8] | $35,914.13 |
| Domestic support obligation claims [Part 9] | $0.00 |
| Separate classes of unsecured claims [Part 10] | $0.00 |
| Timely filed unsecured claims [Part 11] | $1,662.06 |

LOCAL FORM 3015-1
REVISED 09/2025

| Class of payment | Total payments |
|---|---|
| TOTAL (must equal line 2.5) | $43,550.00 |

Certification regarding nonstandard provisions:
I certify that this plan contains no nonstandard provision except as placed in Part 15.

Signed: **s/ William Kain**

William Kain
Attorney for debtor
Bar Number: 143005
Kain + Henehan LLC
808 West St Germain St
Saint Cloud, MN 56301
Phone: (612) 438-8006
Email: bill@kainhenehan.com

Signed: **s/ Ryan Gerald Olson**
Ryan Gerald Olson
Debtor 1

Signed: ____________________
Debtor 2 (if joint case)